IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE CHAVARRI, MONICA ABBOUD, AND ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY FIRST LIFE, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:20-cv-01546-JCH<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs and Defendant, through their counsel, stipulate as follows:

1. Plaintiffs filed this action against Defendant.

2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. Likewise, the case does not involve any Receiver so as to implicate Rule 66.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant agree that the action shall be dismissed in its entirety and with prejudice with respect to the individual claims alleged by Plaintiffs against Defendant. The claims of any members of the alleged class are dismissed without prejudice.

Plaintiffs and Defendant further agree that each party is to bear his, her, or its own attorney's fees and costs.

Respectfully submitted,

1

2

Dated:  June 7, 2021				WOODROW AND PELUSO, LLC

By: /s/ Patrick H. Peluso
Patrick H. Peluso, Admitted Pro Hac Vice
ppeluso@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone:  (720) 213-0676
Facsimile:  (303) 927-0809


Attorneys for Plaintiffs


Dated:  June 7, 2021				TROUTMAN PEPPER HAMILTON
						SANDERS LLP


By: /s/ Virginia Bell Flynn
  Virginia Bell Flynn
  virginia.flynn@troutmansanders.com
  TROUTMAN PEPPER HAMLTON
   SANDERS LLP
  301 S. College St., Ste. 3400
  Charlotte, NC 28202
  Telephone:  704.916.1509


  Attorney for Defendant